UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEONARD WARE,

    Plaintiff,

v.                                  Case No. 8:21-cv-1743-TPB-AAS

CADRE CONSULTING CORP,
MILLIECENT JOHNSON, and
MICHAEL K. JOHNSON,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Amanda A. Sansone, United States Magistrate Judge. (Doc. 36). Judge Sansone recommends the Court grant Plaintiff's Motion for Default Judgment against Defendants Cadre Consulting Corp. (Cadre), Millicent Johnson (Johnson), and Michael K. Johnson (MK Johnson) (collectively, the defendants). (Doc. 20). No objections to the report and recommendation were filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*,

993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

After careful consideration of the record, including Judge Sansone's report and recommendation, the Court adopts the report and recommendation. The motion is granted.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judge Sansone's report and recommendation (Doc. 36) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.
2. Plaintiff's motion for default judgment (Doc. 20) is **GRANTED**.
3. Under the FLSA, overtime wages in the amount of $6,176.25 and liquidated damages for overtime wages in the amount of $6,176.25 are awarded for Mr. Ware and against the defendants for a total of **$12,352.50 for Count I**.
4. Under the FLSA, unpaid minimum wages in the amount of $3,835.26 and liquidates damages for unpaid minimum wages in the amount of

$3,835.26 be awarded for Mr. Ware and against the defendants for a total of **$7,670.52 for Count II**.

5. Under Fla. Stat. § 448.08, unpaid minimum wages be awarded for Mr. Ware and against Cadre for a total of **$12,034.74 for Count III**.

6. Mr. Ware is entitled to attorney's fees and taxable costs against the defendants in an amount to be established by separate motion, if appropriate.

7. The Clerk is directed to enter judgment in accordance with this order and close the case.  The Court retains jurisdiction over attorney's fees and taxable costs.

8. The Clerk is also directed to mail a copy of this order to: Leonard Ware 1532 Piermaj Lane, Lutz, Florida 33549; Michael K. Johnson, 5140 Mirror Lake Drive, Cumming, GA 30028; Millicent Johnson, 5140 Mirror Lake Drive, Cumming, GA 30028; and United States Corporation Agents, Inc., Registered Agent for Cadre Consulting Corp, 5575 S. Semoran Blvd., Suite 36, Orlando, Florida 32822.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 22nd day of September, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**